IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | | |
|---|---|---|---|
| Criminal Action: | 11-cr-00490-RBJ | Date: | April 10, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: | Kara Spitler |
| Interpreter: | N/A | Probation: | N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA | *Jeremy S. Sibert* |
| **Plaintiff** | |
| v. | |
| 1. CARL WALTON RAYMONDE | *Andres R. Guevara* |
| **Defendant(s)** | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in session:  8:59 a.m.

The Court notes appearance of counsel.

Defendant is present in custody.

Plaintiff's witness, Special Agent Jeffrey Russell, recalled.  The Court reminds witness he is still under oath.

9:00 a.m.       Direct examination of Special Agent Russell by Mr. Sibert.

9:07 a.m.       Cross examination of Special Agent Russell by Mr. Guevara.

Plaintiff's witness, Task Force Officer Paul Barben, called and sworn.

9:12 a.m.       Direct examination of TFO Barben by Mr. Sibert.
                **Exhibits 1 through 7, including 1A, and 9 through 25 are admitted for purposes of this hearing only.**

9:57 a.m.       Cross examination of TFO Barben by Mr. Guevara.
                **Exhibits C, D, E, H and I are admitted.**

10:30 a.m.    Redirect examination of TFO Barben by Mr. Sibert.

Plaintiff's witness, Task Force Officer James Anderson, called and sworn.

10:38 a.m.    Direct examination of TFO Anderson by Mr. Sibert.

10:44 a.m.    Cross examination of TFO Anderson by Mr. Guevara.

11:00 a.m.    Redirect examination of TFO Anderson by Mr. Sibert.

**ORDRED:    Plaintiff's request for permission to use grand jury testimony in cross examination is DENIED as untimely.**

Defendant's witness, Candace Collins, called and sworn.

11:06 a.m.    Direct examination of Ms. Collins by Mr. Guevara.

**11:24 a.m.    Court in recess.**
**1:14 p.m.    Court in session.**

Discussion held on the government's pending motion.

**ORDERED:    [274] United States' Motion to Disclose Grand Jury Material to Defense is GRANTED.**

1:15 p.m.    Continued direct examination of Ms. Collins by Mr. Guevara.

1:41 p.m.    Cross examination of Ms. Collins by Mr. Sibert.
**Exhibit 27 is admitted for the purposes of this hearing.**

2:26 p.m.    Redirect examination of Ms. Collins by Mr. Guevara.

**2:30 p.m.    Court in recess.**
**2:39 p.m.    Court in session.**

Discussion held on exhibits.

**ORDERED:   All exhibits are admitted for the purposes of this hearing.**

Argument given on [138] Motion to Suppress.

**ORDERED:   [138] Motion to Suppress is DENIED.**

Argument given on [215] Motion to Suppress Statement

**ORDERED:   [215] Motion to Suppress Statement is TAKEN UNDER ADVISEMENT.**

Argument given on [216] Motion to Suppress Evidence Obtained During Warrantless Search of 40 South Fenton Street.

**ORDERED:**   **[216] Motion to Suppress Evidence Obtained During Warrantless Search of 40 South Fenton Street is TAKEN UNDER ADVISEMENT.**

Argument given on restricted motion [218].

**ORDERED:**   **[218] is DENIED.**

Argument given on [255] Amended United States' Motion to Disclose Grand Jury Material to Civil Assistant United States Attorney.

**ORDERED:**   **[255] Amended United States' Motion to Disclose Grand Jury Material to Civil Assistant United States Attorney is DENIED at this time with leave to refile.**

**[260] Amended Motion for Disclosure of Identity of, and Contact Information for, the Confidential Informant and Related Discovery is conceded and GRANTED.**

**The defendant is remanded to the custody of the United States Marshal.**

Court in Recess:  4:01 p.m.          Hearing concluded.          Total time in Court:  05:03

Clerk's note:   Witness copies of exhibits were returned to counsel at the conclusion of the hearing, the Court retains its copy.